UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

-------------------------------------------------

Agron

-v-

Columbia University

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3257

JUDGE: KMW

DATE: April 25, 2008

## INDEX TO THE RECORD ON APPEAL

APR 25 2008

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENT DESCRIPTION                                                  DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25th Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

*Agron*

-v-

*Columbia University*

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv-3257

JUDGE: KMW

DATE: April 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered ____1____ Through ____5____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-03257-KMW**
**Internal Use Only**

Agron v. Columbia University
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 42:1983 Civil Rights Act

Date Filed: 04/01/2008
Date Terminated: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Batyah Levi Agron.(mbe) (Entered: 04/09/2008) |
| 04/01/2008 | 2 | COMPLAINT against Columbia University. Document filed by Batyah Levi Agron.(mbe) (Entered: 04/09/2008) |
| 04/01/2008 | | SUMMONS ISSUED as to Columbia University. (mbe) (Entered: 04/09/2008) |
| 04/01/2008 | | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 04/09/2008) |
| 04/01/2008 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis, but dismiss the complaint for the following reasons. Plaintiff is warned that this court will not tolerate the continuing filing of merit less complaints regarding allegations arising out of subject matters of the instant or prior action may result in the issuance of an order pursuant to 28 U.S.C. 1651 barring the acceptance of any future complaints from plaintiff without first obtaining leave of Court to file a new action. This warning is necessary in light of plaintiff's continued filings regarding Columbia's rejection of her application for readmission, resulting in the abuse of judicial resources. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 4/1/2008) (mbe) (Entered: 04/09/2008) |
| 04/01/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/1/2008) (mbe) (Entered: 04/09/2008) |
| 04/17/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Batyah Levi Agron. (tp) (Entered: 04/24/2008) |
| 04/17/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Batyah Levi Agron. $455.00 APPEAL FEE DUE. IFP REVOKED 4/1/08. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 04/24/2008) |